IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWINDER SINGH,

        Petitioner,                      No. CIV S-08-2848 JAM KJM P

    vs.

VAUGN, et al.,

        Respondents.          ORDER

_____/

        Petitioner, a person subject to deportation, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 22, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondents have filed objections to the findings and recommendations. Moreover, to the extent that the Magistrate Judge issued an order, the court construes respondents' objections to be a motion for reconsideration of that order.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

file, the court sustains respondents' objections to the order and findings and recommendations.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Petitioner's request for a preliminary injunction is denied;

   2. On reconsideration of the order, respondents' motion to dismiss is granted.

DATED: July 21, 2009

             /s/ John A. Mendez
             UNITED STATES DISTRICT JUDGE

/sing2848.806